UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAR 12 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TAREK ABUNEIL,          Case No. _____

Plaintiff,

CV26.02174

v.

LB

CONTRA COSTA COUNTY,

Defendant.

COMPLAINT

1. Plaintiff, Tarek Abuneil, is an individual residing in the State of California at: 3939 Iowa St, Apt 121, San Diego, CA 92104.

2. Defendant, Contra Costa County, is an employer doing business in the State of California.

3. This Court has jurisdiction under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

4. 4. Plaintiff applied for employment with Defendant and was denied employment.

5. Plaintiff was discriminated against during the hiring process on the basis of a protected characteristic, in violation of Title VII.

6. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 555-2024-01904.

7. The EEOC issued Plaintiff a Notice of Right to Sue, which Plaintiff received on December 29, 2025.

8. Defendant's actions caused Plaintiff economic loss, emotional distress, and other damages.

WHEREFORE, Plaintiff requests that the Court:

a. Enter judgment in favor of Plaintiff;

b. Award compensatory damages;

c. Award costs and any other relief the Court deems just and proper.

DATED: 3/9/2026

Tarek Abuneil

3939 Iowa St, Apt 121

San Diego, CA 92104

Phone: 619-312-8795

Email: abuneilucas@gmail.com

Plaintiff, Pro Se